IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr142-MHT |
| DEANDREW CORTEZ DAVIS | ) | (WO) |

### ORDER

It is ORDERED that defendant Deandrew Cortez Davis's motion, orally made in open court on April 18, 2011, to withdraw his guilty plea is granted.

It is clear that there was a complete and substantial misunderstanding on the part of the government and defendant Davis as to what defendant Davis's sentence would be under the plea agreement, that is, that the offense carried a mandatory-minimum sentence of 25 rather than five years.  Moreover, the government supports the withdrawal of the plea because it was the government that was responsible for the misunderstanding.

DONE, this the 19th day of April, 2011.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE