IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr142-MHT |
| | ) | (WO) |
| DEANDREW CORTEZ DAVIS | ) | |

### ORDER

It is ORDERED that defendant Deandrew Cortez Davis's two motions to continue sentencing (Doc. Nos. 57 and 58) are denied as moot.

Because defendant Davis has withdrawn his guilty plea, his sentencing is now premature.

DONE, this the 19th day of April, 2011.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE