IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr142-MHT |
| | ) | (WO) |
| **DEANDREW CORTEZ DAVIS** | ) | |

**OPINION AND ORDER DENYING SENTENCE REDUCTION**

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug trafficking offenses. Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence. Upon consideration of the recommendation of the Retroactivity Screening Panel entered March 16, 2017, and after an independent and de novo review of the record, the court finds that defendant Deandrew Cortez Davis is not eligible for a sentence reduction because he was sentenced pursuant to a binding plea

agreement to a specific sentence outside the guidelines, and his sentence was not based on the drug-offense guidelines that were amended.

Accordingly, it is ORDERED that defendant Deandrew Cortez Davis's motion for sentence reduction (doc. no. 92) is denied.

DONE, this the 16th day of March, 2017.

                                          /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**