IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.**     ) | **2:10cr142-MHT** |
| ) | **(WO)** |
| **DEANDREW CORTEZ DAVIS**   ) | |

**ORDER**

This case comes before the court on defendant Deandrew Cortez Davis's petition for early termination of supervised release. His supervising probation officer agrees to the early termination because Davis has been compliant with the conditions of supervised release for over two years, he "has passed every drug screen administered since the commencement of his term of supervised release," and he "has maintained a stable residence, stable employment, and stable relationships while serving his term of supervised release." United States Probation Office's Resp. to Court Order (Doc. 103) at 1. The government does not oppose the petition.

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 99) is granted; that defendant Deandrew Cortez Davis's supervised release is terminated; and that defendant Davis is discharged.

DONE, this the 28th day of September, 2021.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**